Perry L. COLTER, Petitioner–Appellant,

v.

OFFICE OF THE STATE'S ATTORNEY FOR BALTIMORE CITY; Attorney General for the State of Maryland, Respondents–Appellees.

United States of America, Plaintiff–Appellee,

v.

Perry L. Colter, Defendant–Appellant.

Nos. 02–6125, 02–6124.

United States Court of Appeals, Fourth Circuit.

Submitted March 11, 2002.

Decided March 21, 2002.

Perry L. Colter, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, Maryland; Thomas Michael DiBiagio, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

In these consolidated appeals, Perry L. Colter appeals the district court's order (1)

denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001) (No. 02–6124); and (2) denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) (No. 02–6125). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny certificates of appealability and dismiss the appeals in both Nos. 02–6124 and 02–6125 on the reasoning of the district court. *See Colter v. United States,* Nos. CA–01–1327–CCB; CR–95–405–CCB; CA–99–3752 (D. Md. filed Dec. 28, 2001; entered Dec. 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*